FILED
BILLINGS DIV.

2010 NOV 19 AM 10 57

PATRICK E. DUFFY, CLERK
BY _____
              DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MILAN LEE GOUDREAUX,<br><br>Defendant. | CR 10-14-BLG-RFC-CSO<br><br>FINDINGS AND RECOMMENDATIONS CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to Counts III and IV of the Superseding Indictment.

After examining the Defendant under oath, the Court determined that the guilty pleas were knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived; and that the offenses charged and to which guilty pleas were entered contained each of the

essential elements of the offenses.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. I recommend that the Defendant be adjudged guilty and that sentence be imposed. A presentence report has been ordered. Should the Court accept this recommendation, sentencing shall be before Chief Judge Cebull on February 18, 2011, at 9:00 a.m. at the James F. Battin Federal Courthouse, Billings, Montana.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 19th day of November, 2010.

_____
CAROLYN S. OSTBY
United States Magistrate Judge